■ In the Matter of NANCY BATISTA, Appellant, v SALEEM IQBAL, Respondent. [8 NYS3d 605]—Appeal from an order of the Family Court, Queens County (Anne-Marie Jolly, J.), dated September 29, 2014. The order, after a hearing, denied the family offense petition for failure to prove a family offense by a preponderance of the evidence, and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements.

At a fact-finding hearing pursuant to Family Court Act article 8 to determine whether a family offense has been committed, the petitioner has the burden of establishing, by a fair preponderance of the evidence, that the charged conduct was committed as alleged in the petition (*see* Family Ct Act § 832; *Matter of Cole v Muirhead*, 125 AD3d 964 [2015]; *Matter of Cassie v Cassie*, 109 AD3d 337, 340 [2013]; *Matter of Testa v Strickland*, 99 AD3d 917, 917 [2012]).

Here, the petitioner failed to establish, by a fair preponderance of the evidence, that the respondent committed any of the

family offenses alleged in the petition (*see Matter of Bah v Bah*, 112 AD3d 921 [2013]; *Matter of Cassie v Cassie*, 109 AD3d 337 [2013]; *Matter of Ungar v Ungar*, 80 AD3d 771 [2011]; *see also Matter of Laplante v Laplante*, 70 AD3d 1039 [2010]). Accordingly, the Family Court properly denied the petition and dismissed the proceeding. Mastro, J.P., Balkin, Sgroi and Duffy, JJ., concur.